MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel:  831 458 0502
Fax: 831 515 5053

Attorney for John Copeland

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN COPELAND,<br><br>Defendant. | CASE NO:  CR14-00312 RMW<br><br>STIPULATION AND [] ORDER CONTINUING STATUS CONFERENCE TO NOVEMBER 24, 2014 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

    The parties, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the status conference currently scheduled for November 17, 2014 be continued to November 24, 2014 for further status and change of plea hearing.

    The parties further stipulate that time should be excluded under the Speedy Trial Act from November 17, 2014 through and including November 24, 2014 for ongoing

- 1 -

Stipulation and [] Order Continuing Status Hearing

investigation and the need for effective preparation by defense counsel. Additionally, the parties are engaged in plea negotiations which they expect to result in a final plea agreement prior to November 24, 2014.

IT IS SO STIPULATED.

Dated: November 13, 2014            MELINDA HAAG
                                    United States Attorney

                                    _____/S/_____
                                    THOMAS A. COLTHURST
                                    Assistant United States Attorney

Dated: November 13, 2014            _____/S/_____
                                    STEPHEN MEYER
                                    Assistant United States Attorney

Dated: November 13, 2014

                                    _____/S/_____
                                    MICHELLE D. SPENCER
                                    Counsel for John Copeland

[] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREBY ORDERED that the status conference currently scheduled for November 17, 2014 shall be continued to November 24, 2014 at 9:00 a.m. for further status.

FURTHER, the Court finds that failing to exclude the time between November 17, 2014 through and including November 24, 2014, would unreasonably deny defense counsel time for effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by excluding the time between November 17, 2014 and November 24, 2014, from

computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the time between November 17, 2014 through and including November 24, 2014 shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 11/14/14

_____
THE HONORABLE RONALD M. WHYTE
Senior United States District Judge

- 3 -

Stipulation and [] Order Continuing Status Hearing