MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831 458 0502
Fax: 831 515 5053

Attorney for John Copeland

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN COPELAND ,<br><br>Defendant. | CASE NO:  CR14-00312 RMW<br><br>STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING |

The parties, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the sentencing hearing currently scheduled for January 26, 2014 at 9:00 a.m. may be continued to March 2, 2015 at 9:00 a.m. USPO Benjamin Flores is available on March 2, 2015.

There was an error in the selection of the January 26, 2015 sentencing date, and it does not allow the requisite period of time for the United States Probation Office to prepare and disclose the draft and final Presentence Reports.

- 1 -

Stipulation and [] Order Continuing Sentencing Hearing

IT IS SO STIPULATED.

Dated: December 4, 2014
MELINDA HAAG
United States Attorney

_____/S/_____
THOMAS A. COLTHURST
Assistant United States Attorney

Dated: December 4, 2014

_____/S/_____
MICHELLE D. SPENCER
Counsel for John Copeland

[] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for January 26, 2015 at 9:00 a.m. shall be continued to March 2, 2015 at 9:00 a.m.

FURTHER, the disclosure deadlines for the draft and final PSRs shall be adjusted according to the new sentencing hearing date.

IT IS SO ORDERED.

Dated:_____                           _____
                                                THE HONORABLE RONALD M. WHYTE
                                                Senior United States District Judge

- 2 -

Stipulation and [] Order Continuing Sentencing Hearing