AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
| --- | --- | --- |
|  | ) | (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) |  |
| John Copeland | ) | USDC Case Number:  CR-14-00312-001 BLF |
|  | ) | BOP Case Number:  DCAN514CR00312-001 |
|  | ) | USM Number:  19819-111 |
|  | ) | Defendant's Attorney:  Carleen R. Arlidge, Appointed |

**THE DEFENDANT:**

☑ admitted guilt to violation of conditions of the term of supervised release as set forth in: Charges One through Eight of the Amended Petition for Warrant for Person Under Supervision filed on July 31, 2023.

☐ was found in violation of condition(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Failed to Report Law Enforcement Contact to the U.S. Probation Office | October 13, 2022 |
| Two | Failed to Participate in Substance Abuse Treatment | August 30, 2022 |
| Three | Failed to Participate in Mental Health Treatment | August 29, 2022 |
| Four | Positive Drug Test for a Controlled Substance | September 18, 2022 |
| Five | Possession of a Concealed Dagger | December 24, 2022 |
| Six | Failed to Participate in a Residential Treatment Program for Mental/Substance. | July 8, 2023 |
| Seven | Positive Drug Test for a Controlled Substance | July 11, 2023 |
| Eight | Positive Drug Test for a Controlled Substance | July 24, 2023 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ Charge _____ is dismissed on motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  4879

Defendant's Year of Birth:  1988

City and State of Defendant's Residence:
San Jose, California

10/10/2023
Date of Imposition of Judgment

/s/ Beth Labson Freeman
Signature of Judge

The Honorable Beth Labson Freeman
United States District Judge
Name & Title of Judge

10/13/2023
Date Signed

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT:  John Copeland  Judgment - Page 2 of 2
CASE NUMBER:  CR-14-00312-001 BLF

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   Three months of custody and no supervised release to follow.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

☐ as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL